**FILED**

MAR 2 6 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO COURTHOUSE

| | |
|---|---|
| MICHAEL MOORE,<br><br>    Plaintiff,<br><br>vs.<br><br>CROSSMARK INC. and DOES 1 to 20,<br><br>    Defendants. | Case No. 13-CV-00495-LJO-SMS<br>Honorable Lawrence J. O'Neill<br><br>**ORDER GRANTING STIPULATION TO EXTEND DISPOSITIVE MOTION FILING DEADLINE**<br><br>State Action Filed:  March 4, 2013<br>Trial Date:  August 20, 2014 |

After considering the Parties' Joint Stipulation to Extend Dispositive Motion Filing Deadline, and good cause appearing, it is hereby ORDERED that:

The dispositive motion filing deadline is continued from March 28, 2014, until May 26, 2014. *April 25, 2014. No further amendments.*

**IT IS SO ORDERED.**

DATED: March 26 2014

_____
SANDRA M. SNYDER
UNITED STATES MAGISTRATE JUDGE

Moore - Proposed
Order on