Rafael G. Nendel-Flores CA Bar No. 223358
rafael.nendel-flores@ogletreedeakins.com
Lara C. de Leon CA Bar No. 270252
lara.deleon@ogletreedeakins.com
Kelley A. Bolar CA Bar No. 275646
kelley.bolar@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Park Tower, Suite 1500
695 Town Center Drive
Costa Mesa, CA  92626
Telephone:  714.800.7900
FACSIMILE:       714.754.1298
Attorneys for Defendant CROSSMARK, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO COURTHOUSE

| | |
|---|---|
| MICHAEL MOORE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CROSSMARK INC., and DOES 1 to 20,<br><br>　　　　Defendants. | Case No. 13-CV-00495-LJO-SMS<br>Honorable Lawrence J. O'Neill<br><br>**ORDER ON JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>State Action Filed: March 4, 2013<br>Trial Date:　　　August 20, 2014 |

For good cause appearing the Court orders that:

1. The above-captioned action should be dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1); and

2. Each party will bear his/its own attorney's fees and costs with respect to the dismissal of the above captioned action.

IT IS SO ORDERED.

Dated:  **May 20, 2014**　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

13cv495.Moore.Stip.Dismiss.lbc